directing the mortgage held by the German Savings Bank to be paid by the chamberlain. In other respects motion denied, with leave to renew on further proof.

In re BOMMER. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) In the matter of the application of Ferdinand J. Bommer for admission to practice as an attorney and counselor at law in the state of New York. No opinion. Order of admission to practice vacated. Motion, so far as it requests that this order be made without prejudice, denied.

BORNMAN v. STAR CO. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by Alfred Bornman against the Star Company. No opinion. Motion denied.

BOUGHTON v. GUIDER et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Henry L. Boughton against John W. Guider and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

BOYD et al., Respondents, v. ATLAS SAFE & MACHINERY TRUCKAGE CO., Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Robert M. Boyd and another against the Atlas Safe & Machinery Truckage Company. L. H. Newkirk, for appellant. R. M. Boyd, for respondents. No opinion. Judgment and order affirmed, with costs.

BRAND et al., Appellants, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Frederick J. Brand and another against Arleigh D. Richardson.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to the appellant to abide event, upon the opinion of McLENNAN, J., in Arnold v. Richardson (decided at present term of court) 77 N. Y. Supp. 763.

BRESLIN, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Ellen B. Breslin against the Manhattan Railway Company and others. F. Allis, for appellants. C. M. Cannon, for respondent.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $2,100, and by reducing judgment for rental damage, costs, allowance, etc., as entered, to the sum of $1,894.16, and, as so modified, affirmed, without costs.

BREWER v. GILMAN. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Heman S. Brewer against William J. Gilman. No opinion. Motion denied, with $10 costs; the case having been submitted in open court as to McLENNAN, J.

BRODERSEN, Respondent, v. NEW YORK & Q. C. RY. Co., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Anna Brodersen against the New York & Queens County Railway Company. No opinion. Orders unanimously affirmed, with $10 costs and disbursements.

BRODERSEN, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Thomas Brodersen against the New York & Queens County Railway Company. No opinion. Orders unanimously affirmed, with $10 costs and disbursements.

In re BROOKFIELD. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) In the matter of the application and petition of William Brookfield, under chapter 189 of the Laws of 1893, to acquire certain real estate, etc., for the purpose of providing for the sanitary protection of the sources of the water supply of the city of New York. Claim of Hanifin Muscoot. Parcel No. 27. No opinion. Orders affirmed, with $10 costs and disbursements.

BROOKLYN RAPID TRANSIT CO., Respondent, v. BRITTON et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by the Brooklyn Rapid Transit Company against Joseph A. Britton and others. H. M. Earle, for appellants. J. L. Wells, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BROOKS, Respondent, v. SUMNER, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Charles Brooks against Alanson A. Sumner. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Potter v. Sumner (decided this term) 77 N. Y. Supp. 678.

In re BROWN. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) In the matter of proving a paper purporting to be the last will and testament of Hiram Brown, deceased. No opinion. Decree of the surrogate's court of Putnam county affirmed, with costs.

In re BRUSH. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) In the matter of the application of Edward F. Brush for a writ of mandamus to the board of inspectors of elections, etc., in the First election district of the Second ward, etc.

PER CURIAM. We are of the opinion that upon these papers the court below was